UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

JOHN F. DRISCOLL, as President of the Captains
Endowment Association, Inc., and the CAPTAINS
ENDOWMENT ASSOCIATION, INC.,

                    Plaintiffs,

      v.

CITY OF NEW YORK, the NEW YORK CITY
POLICE DEPARTMENT, and RAYMOND W.
KELLY, as Commissioner of the New York City
Police Department,

                    Defendants.
---------------------------------------------------------------X

PLAINTIFFS' RULE 7.1
DISCLOSURE STATEMENT

07 CIV 10359 (__)(__)

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff Captains Endowment Association, Inc. (a private, non-governmental party) submits that the Captains Endowment Association, Inc., has no parent corporation and no publicly held corporation owns ten percent or more of its stock.

Dated:     November   , 2007

Respectfully submitted,

Greenberg Burzichelli Greenberg P.C.

By: _____
Harry Greenberg (HG4178)
Robert J. Burzichelli (RB2004)
Seth H. Greenberg (SG4930)
3000 Marcus Avenue, Suite 1W7
Lake Success, New York 11042
Tel: (516) 570-4343
Fax: (516) 570-4348

*Counsel for Plaintiffs*