UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ATTORNEY: Greenberg, Burzichelli, Greenberg, P.C.

JOHN F. DRISCOLL, AS PRESIDENT OF THE
CAPTAINS ENDOWMENT ASSOCIATION, INC., ET AL.

Index No.: 07 CV 10359

Plaintiff(s), Petitioner(s)

DATE OF FILING: 11/15/2007

against

CITY OF NEW YORK, ET AL.

Defendant(s), Respondent(s)

**AFFIDAVIT OF SERVICE**

STATE OF N.Y.: COUNTY OF NASSAU: ss:

I, Michael Weiner, being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, is over 18 years of age and resides in Oceanside, NY.

That on **November 15, 2007 at 3:55 PM at 100 Church Street, New York, NY 10007**, deponent served the **Summons, Complaint for a Declaratory Judgment and Injunctive Relief, Notice of Motion for a Preliminary Injunction, Affidavit in Support of Motion for Preliminary Injunction, Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Injuction, and Plaintiffs Rule 7.1 Disclosure Statement** upon **City of New York**, (Defendant/Respondent) herein known as Recipient.

Said service was effected in the following manner:

By delivering to and leaving a true copy of each with **Tamekia Mendesgammon** a person who is known to be the **authorized agent** of said government agency, and who is authorized by said government agency to receive said documents.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:   Sex: **Female** Skin: **Black** Hair: **Black** Age(Approx): **31** Height(Approx): **5' 7"** Weight(Approx): **130-140 lbs**
Other:

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
Michael Weiner,   License No. 1145455

Sworn to before me on November 16, 2007

_____
Alan Leibowitz
Notary Public, State of New York
Registration No. 01LE6029931
Qualified in Nassau County
Commission Expires August 30, 2009

Ultimate Process Service (516) 333-3447
Case No.: 85697