UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

JOHN F. DRISCOLL, as President of the Captains Endowment Association, Inc., and the CAPTAINS ENDOWMENT ASSOCIATION, INC.,

                                                      Plaintiffs,

-against-

CITY OF NEW YORK, the NEW YORK CITY POLICE DEPARTMENT, and RAYMOND W. KELLY, as Commissioner of the New York City Police Department,

                                                      Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

07 Civ. 10359 (GBD)

**PLEASE TAKE NOTICE** that I am an Assistant Corporation Counsel in the Office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for all defendants in the above-captioned action, and I am the present Assistant Corporation Counsel

assigned to this action, and all future filings, or other information, related to this action can be directed to me at the below address.

Dated:      New York, New York
            November 21, 2007

                                     **MICHAEL A. CARDOZO**
                                     Corporation Counsel of the
                                        City of New York
                                     Attorney for Defendants
                                     100 Church Street, Room 2-187
                                     New York, N.Y. 10007-2601
                                     (212) 788-0952

                      By:   **ECF**           /s/
                                      Alan M. Schlesinger
                                    Assistant Corporation Counsel

To:   **GREENBERG, BURZICHELLI GREEENBERG P.C.**
      Attorneys for Plaintiffs
      Suite 1W7
      3000 Marcus Avenue
      Lake Success, NY 11042
      (516) 570-4343
      Att: Harry Greenberg

07 Civ. 10359 (GBD)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN F. DRISCOLL, as President of the Captains Endowment Association, Inc., et al.,

Plaintiffs,

-against-

CITY OF NEW YORK, et al.,

Defendants.

**DEFENDANTS' NOTICE OF APPEARANCE**

**MICHAEL A. CARDOZO**
Corporation Counsel of the City of New York
Attorney for Defendants
100 Church Street, Room 2-187
New York, N.Y.  10007-2601

Of Counsel:  Alan M. Schlesinger
Tel:  (212) 788-0952

Matter No. 2007-037940

*Due and timely service is hereby admitted.*

New York, N.Y.  ........................................, 200 . . .

...................................................................

Attorney for...............................................................