

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007-2601

ALAN M. SCHLESINGER
*Senior Counsel*

(212) 788-0952
Fax No.: (212) 788-0940
aschlesi@law.nyc.gov
(Fax No. Not For Service Of Papers)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 0 6 2007
```

December 5, 2007

**SO ORDERED**

*/s/ George B. Daniels*

HON. GEORGE B. DANIELS
DEC 0 6 2007

**By Facsimile Transmission**

Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   Driscoll v. City of New York, et al.,
      07 Civ. 10359 (GBD)(MHD)
      Matter No. 2007-037940

Dear Judge Daniels:

    I am the Assistant Corporation Counsel assigned to defend this case as well as the case of Palladino v. City of New York, 07 Civ. 9246 (GBD)(MGD), and Lynch v. City of New York, 07 Civ. 9337 (GBD)(MGD), related cases which are also before Your Honor. I write to request that defendants' time to respond to the complaint be extended from today until Friday, December 7, 2007. This is defendants' first request for an extension and plaintiffs consent tot his request.

    This two day extension of time is needed to complete the draft of Defendants' Motion To Dismiss And Opposition To Plaintiffs' Motion For Preliminary Injunction. The drafting of this motion was delayed, in part, by my attendance at a funeral yesterday. The lateness of this request is due primarily to my unsuccessful attempt to file the motion today despite the necessity of attending this funeral. In addition, in accordance with the Court's order of yesterday, the parties are attempting to arrive at a mutually agreeable schedule for this case.

    Thank you for your consideration of this matter.

Respectfully submitted,

*/s/ Alan M. Schlesinger*
Alan M. Schlesinger
Assistant Corporation Counsel

Cc:   Greenberg, Burzichelli and Greenberg
      (By Facsimile Transmission)