LAW OFFICES OF

# GREENBERG BURZICHELLI GREENBERG P.C.

HARRY GREENBERG
ROBERT J BURZICHELLI *
SETH H. GREENBERG *

3000 Marcus Avenue
Suite 1w7
Lake Success, New York 11042

TELEPHONE 516-570-4343
FACSIMILE 516-570-4348
WWW.GBGLAWOFFICE.COM

* ALSO ADMITTED IN NEW JERSEY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 10 2007

December 7, 2007

**SENT VIA FACSIMILE TRANSMISSION**
Hon. George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    RE:    Driscoll v. City of New York, et al
            07-CIV-10359 (GBD)(MHD)

Dear Judge Daniels:

    I write on behalf of Plaintiffs in the above-referenced matter. Yesterday, you approved the Defendants' request to extend, until today, the time by which they may serve opposition and motion papers. The purpose of this letter is to request that Plaintiffs' time to serve both a reply in connection with our clients' motion for a preliminary injunction and opposition papers to the expected motion to dismiss be extended until Friday, January 11, 2008. This is Plaintiffs' first request for an extension and is with the consent of Defendants' counsel.

    By necessity, if your honor grants this extension, Plaintiffs' request that the date on which the motion for a preliminary injunction be heard is scheduled for a date convenient to the Court after the papers have been served and Defendants had an opportunity to respond.

    Thank you for your courtesies in this matter. Should you have any questions, please do not hesitate to call.

Very truly yours,

Harry Greenberg (HG4178)

SO ORDERED

*George B. Daniels*
HON. GEORGE B. DANIELS
DEC 10 2007

cc:    Alan M. Schlesinger, Assistant Corporation Counsel
       (Via Facsimile Transmission)