USDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 0 9 2008

# SEELIG & UNGARO
### ATTORNEYS AT LAW, LLP

PHILIP H. SEELIG
ROBERT A. UNGARO

ASSOCIATE COUNSEL
NICHOLAS CIFUNI
MICHAEL S. SHEENA

OF COUNSEL
JANET DELUCA
STEVEN EPSTEIN
LOUIS GRANDELLI
SANDY KHINE
RAYMOND D. RADOW
GLENN VERCHICK

SUITE 1220
299 BROADWAY
NEW YORK, NY 10007

Tel. (212) 766-5500
Fax: (212) 766-2616

STUART B. GOLD
(2001-2005)

January 8, 2008

By Facsimile
(212) 805-6737

Honorable George B. Daniels
United States District Judge
United States District Court
U.S. Courthouse 500 Pearl Street, NY 805-0116

**SO ORDERED**

/s/ George B. Daniels
HON. GEORGE B. DANIELS
JAN 0 9 2008

Re: Driscoll et al v. City of New York et al
    Civil Action No. 07-cv-10359-GBD

Dear Judge Daniels:

Pursuant to my discussion with Elizabeth Vega I am writing to you to advise you that this firm has been retained to represent the Captain's Endowment Association (CEA) and plaintiff in the above captioned matter. We understand from prior counsel, Harry Greenberg, that the current case management schedule requires that the plaintiff file opposition papers, to the defendant's motion to dismiss, by January 11, 2008.

Because we have not yet had the opportunity to review the file, the defendant, through senior counsel Alan Maer Schlesinger, has graciously suggested and agreed to the extension of the currently scheduled filing dates by one month. Accordingly, we are requesting your approval to file opposition papers on or before

# SEELIG & UNGARO, LLP

February 11, 2008, and that all similar dates in the current schedule also be extended one month.

We expect to be filing a formal Notice of Appearance and/or substitution motion, via ECF, when we receive all required executions. Kindly have your staff advise me if such proposed extensions of time do not meet with your approval, or if you require any further information.

Respectfully submitted,

Seelig & Ungaro
By:

Robert A. Ungaro
(RU 4267)
SUfirm@Aol.com

RAU:db

cc: Alan Maer Schlesinger, Esq.
    Senior Counsel, for
    MICHAEL A. CORDOZO, ESQ.,
    CORPORATION COUNSEL
    OF THE CITY OF NEW YORK
    Attorney for Respondents
    100 Church Street
    New York, New York  10007 (By facsimile 212 788-0940)
    ASchlesi@law.nyc.gov

    Harry Greenberg
    Greenberg Burzichelli Greenberg P.C.
    3000 Marcus Avenue
    Suite 1w7
    Lake Success, NY 11042 (By Facsimile 516) 570-4348)
    hgreenberg@gbglawoffice.com

    Roy Richter, President
    Captain's Endowment Association
    233 Broadway, Suite 1801
    New York, NY 10279 (By facsimile 212 964-4282)

    file: