## LAW OFFICES OF
## GREENBERG BURZICHELLI GREENBERG P.C.

HARRY GREENBERG
ROBERT J. BURZICHELLI *
SETH H. GREENBERG *

* ALSO ADMITTED IN NEW JERSEY

3000 MARCUS AVENUE
SUITE 1W7
LAKE SUCCESS, NEW YORK 11042

TELEPHONE 516-570-4343
FACSIMILE 516-570-4348
WWW.GBGLAWOFFICE.COM

January 10, 2008

**SO ORDERED**

*[signature]*

HON. GEORGE B. DANIELS

JAN 1 1 2008

Honorable George B. Daniels
United States District Court
Southern District of New York
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: **John F. Driscoll, as President of the Captains Endowment Association, Inc., and the Captains Endowment Association Inc., v. City of New York, the New York City Police Department, and Raymond W. Kelly, as Commissioner of the New York City Police Department**
Index No. 07 CIV 10359

Dear Judge Daniels:

On January 1, 2008, Petitioner John F. Driscoll was replaced as President of the Captains Endowment Association, Inc. by Roy Richter. Mr. Richter, on December 31, 2007, informed the undersigned that our firm was being replaced by the law firm of Seelig & Ungaro, LLP, 299 Broadway, Suite 1220, New York, New York 10007. On January 2, 2008, Mr. Phil Seelig contacted our office and confirmed he will be replacing our firm in the above and other matters.

The above matter was initially filed on or about November 12, 2007. Currently, the above matter is scheduled on January 11, 2008 for submission of a Reply regarding the demand for a Preliminary Injunction and for opposition to the City's motion to dismiss. In order to conform with the Federal Rules of Civil Procedure and local Civil Rules to be relieved in the above matter by Court order, and to provide for a transfer of the file without prejudicing the client I am requesting that the January 11, 2008 date be adjourned to a date satisfactory to the Court and new counsel. Mr. Al Schlesinger, Assistant Corporation Counsel, has consented to this request for adjournment.

I await the Court's decision.

Very truly yours,

*[signature]*

Harry Greenberg

cc: Alan Schlesinger, Esq.
Roy Richter, President
Phil Seelig