```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
```

**John F. Driscoll**, as President of the Captains Endowment Association, Inc., and the Captains Endowment Association, Inc.

                      Plaintiffs,

        -against-

CITY OF NEW YORK, the NEW YORK CITY POLICE DEPARTMENT, and RAYMOND W. KELLY, as Commissioner of the New York City Police Department,

                      Defendants.

```
-------------------------------------------X
```

**NOTICE OF APPEARANCE**

07 CIV. 10359 (GBD)

      **PLEASE TAKE NOTICE**, that the undersigned have been retained by and appears for Plaintiffs **Roy T. Richter**, as current President of the Captains Endowment Association, Inc., and the Captains Endowment Association, Inc., named herein and that all future filings, or other information, related to this action can be directed to me at the below address.

DATED:  New York, New York
          January 16, 2008

                                    **SEELIG & UNGARO**
                                      Attorneys at Law, LLP
                                   Suite 1220, 299 Broadway
                                     New York, NY 10007
                                       (212) 766-5500
                       By:

                       ECF:      /s/
                       _____
                       Robert A. Ungaro (RU4267)

Co-Counsel Philip H. Seelig (PS4902)

-1-

```
TO:   MICHAEL A. CORDOZO, ESQ.,
      Attorneys for Defendants
      CORPORATION COUNSEL
      OF THE CITY OF NEW YORK
      Attorney for Respondents
      100 Church Street
      New York, New York  10007
      Attn:    Alan Maer Schlesinger, Esq.
               Senior Counsel ASchlesi@law.nyc.gov


      Greenberg Burzichelli Greenberg P.C.
      Former Attorneys for Plaintiffs
      3000 Marcus Avenue
      Suite 1w7
      Lake Success, NY 11042
      Attn:    Harry Greenberg
               hgreenberg@gbglawoffice.com
```

H:\Docs\CEA\Breathalyzer File\NOA.CEA01

**07 CIV. 10359 (GBD)**

*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF NEW YORK*

**John F. Driscoll, as President of the Captains Endowment Association, Inc., and the Captains Endowment Association, Inc.,**

*Plaintiffs,*

-against-

**CITY OF NEW YORK, the NEW YORK CITY POLICE DEPARTMENT, and RAYMOND W. KELLY, as Commissioner of the New York City Police Department,**

*Defendants.*

*NOTICE OF APPEARANCE*

SEELIG & UNGARO, LLP

*Attorneys for* **PLAINTIFF**

ATTORNEYS AT LAW
299 BROADWAY, SUITE 1220
NEW YORK, NEW YORK 10007
(212) 766-5500

*Due and timely service of*  1  *copy of the within has been duly transmitted by ECF this:* **January 16, 2008**

**07 CIV. 10359 (GBD)**

# Certificate of Service

RE:   **07 CIV. 10359 (GBD)**

*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF NEW YORK*

I hereby certify that on January 16, 2008, the foregoing **NOTICE OF APPEARENCE** was filed in <u>John F. Driscoll, as President of the Captains Endowment Association, Inc. Et al v. the City of New York</u>, 07 CIV. 10359 (GBD), with the Clerk of the Court and served in accordance with the Federal Rules and/or the Southern District Rules on Electronic Service upon the following parties and participants:

| | |
|---|---|
| MICHAEL A. CORDOZO, ESQ.,<br>Attorneys for Defendants<br>CORPORATION COUNSEL<br>OF THE CITY OF NEW YORK<br>(212) 788-0303<br>100 Church Street<br>New York, New York  10007<br>Attn: Alan Maer Schlesinger, Esq. | Greenberg Burzichelli Greenberg PC<br>Former Attorneys for Plaintiffs<br>3000 Marcus Avenue<br>Suite 1w7<br>Lake Success, NY 11042<br>Attn: Harry Greenberg |

DATED:  New York, New York
        January 16, 2008

                                       **SEELIG & UNGARO**
                                       Attorneys at Law, LLP
                                 Suite 1220,  299 Broadway
                                   New York, NY 10007
                                        (212) 766-5500

By:

ECF:         /s/
_____
Robert A. Ungaro (RU4267)

H:\Docs\CEA\Breathalyzer File\CertofService01