UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X

**John F. Driscoll**, as President of the
Captains Endowment Association, Inc., and
the Captains Endowment Association, Inc.

                        Plaintiffs,      **SUBSTITUTION OF ATTORNEY**

       -against-

                                     07 CIV. 10359 (GBD)

CITY OF NEW YORK, the NEW YORK CITY POLICE
DEPARTMENT, and RAYMOND W. KELLY, as
Commissioner of the New York City Police
Department,

                        Defendants.
------------------------------------------X

      **PLEASE TAKE NOTICE**, that the Plaintiffs Roy T. Richter, as current President of the Captains Endowment Association, Inc., and the Captains Endowment Association, Inc., substitutes Robert A. Ungaro (RU4267) of SEELIG & UNGARO, LLP, as his/their attorney of record in this action, in the place of and in stead of Harry Greenberg (HG4178), Greenberg Burzichelli Greenberg P.C.

DATED:    New York, New York
            January 11, 2008:

                                         _____
                                         Plaintiff
                                         Roy Richter, President
                                         Captain's Endowment Association

I accept this Substitution:

DATED:    New York, New York
            January 11, 2008:

                                         _____
                                         Robert A. Ungaro (RU4267)
                                         SEELIG & UNGARO
                                         Attorneys at Law, LLP
                                         Suite 1220, 299 Broadway
                                         New York, NY 10007
                                         (212) 766-5500

I consent to the above Substitution:

DATED:   New York, New York
         January 11, 2008:

*/s/ Harry Greenberg*
Harry Greenberg (HG4178)
Greenberg Burzichelli Greenberg
Former Attorneys for Plaintiffs
3000 Marcus Avenue
Suite 1w7
Lake Success, NY 11042


TO:  MICHAEL A. CORDOZO, ESQ.,
     Attorneys for Defendants
     CORPORATION COUNSEL
     OF THE CITY OF NEW YORK
     Attorney for Respondents
     100 Church Street
     New York, New York  10007
     Attn:   Alan Maer Schlesinger, Esq.
             Senior Counsel ASchlesi@law.nyc.gov

H:\Docs\CEA\Breathalyzer File\Atty Sub

# Certificate of Service

RE:   07 CIV. 10359 (GBD)

*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF NEW YORK*

I hereby certify that on January 16, 2008, the foregoing **SUBSTITUTION OF ATTORNEY** was filed in <u>John F. Driscoll, as President of the Captains Endowment Association, Inc. Et al v. the City of New York</u>, 07 CIV. 10359 (GBD), with the Clerk of the Court and served in accordance with the Federal Rules and/or the Southern District Rules on Electronic Service upon the following parties and participants:

```
MICHAEL A. CORDOZO, ESQ.,           Greenberg Burzichelli Greenberg PC
Attorneys for Defendants            Former Attorneys for Plaintiffs
CORPORATION COUNSEL                 3000 Marcus Avenue
OF THE CITY OF NEW YORK             Suite 1w7
(212) 788-0303                      Lake Success, NY 11042
100 Church Street                   Attn: Harry Greenberg
New York, New York  10007
Attn: Alan Maer Schlesinger, Esq.
```

DATED:   New York, New York
         January 16, 2008

                                                **SEELIG & UNGARO**
                                                Attorneys at Law, LLP
                                                Suite 1220,  299 Broadway
                                                New York, NY 10007
                                                (212) 766-5500

By:

ECF:           /s/
_____
Robert A. Ungaro (RU4267)

H:\Docs\CEA\Breathalyzer File\CertofServiceAttySub 07-10359