# SEELIG & UNGARO
## ATTORNEYS AT LAW, LLP

PHILIP H. SEELIG
ROBERT A. UNGARO

ASSOCIATE COUNSEL
NICHOLAS CIFUNI
MICHAEL S. SHEENA

OF COUNSEL
JANET DELUCA
STEVEN EPSTEIN
LOUIS GRANDELLI
SANDY KHINE
RAYMOND D. RADOW
GLENN VERCHICK

299 BROADWAY
NEW YORK, NY 10007

Tel. (212) 766-5500
Fax: (212) 766-2616

STUART B. GOLD
(2001-2005)

January 22, 2008

By Facsimile
(212) 805-6737

Honorable George B. Daniels
United States District Judge
United States District Court
U.S. Courthouse 500 Pearl Street, NY 805-0116

Re:    **REQUEST TO AMEND CAPTION**
       Driscoll et al v. City of New York et al
       Civil Action No. 07-cv-10359-GBD

Dear Judge Daniels:

John F. Driscoll, the former President of the Captains Endowment Association, Inc., and a captioned plaintiff herein, was defeated in the November 2007, election. Roy T. Richter took office on January 1, 2008, and is the current President of the Captains Endowment Association, Inc., and thus the proper plaintiff in this action.

Pursuant to my discussion with, and direction by, the Clerk of this Court, I am writing to you in letter form to request, with the consent of the parties, that you direct the Clerk to amend the caption herein as follows: That the designation of plaintiff in the caption herein be amended to name Roy T. Richter as plaintiff in place and in stead of John F. Driscoll so that the

## SEELIG & UNGARO, LLP

caption will read: Roy T. Richter, as President of the Captains Endowment Association, Inc., and the Captains Endowment Association, Inc., as follows:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

Roy T. Richter, as President of the Captains Endowment Association, Inc., and the Captains Endowment Association, Inc.,

    Plaintiffs,

  -against-

CITY OF NEW YORK, the NEW YORK CITY POLICE DEPARTMENT, and RAYMOND W. KELLY, as Commissioner of the New York City Police Department,

    Defendants.
------------------------------------------------X

07 CIV. 10359 (GBD)

Kindly have your staff advise me if you require any further action on our part.

    Respectfully submitted,

    Seelig & Ungaro
    By:

    Robert A. Ungaro (RU4267)
    Attorney for Plaintiff
    SEELIG & UNGARO
    Attorneys at Law, LLP
    Suite 1220, 299 Broadway
    New York, NY 10007
    (212) 766-5500
    (212) 766-2616 (Facsimile)
    SUfirm@aol.com

# SEELIG & UNGARO, LLP

I consent to the above Amendment of Caption:

DATED:   New York, New York
         January 23, 2008:

*[signature]*
Alan Maer Schlesinger, ~~Esq.~~
Attorney for Defendants
CORPORATION COUNSEL
 OF THE CITY OF NEW YORK
100 Church Street
New York, New York  10007-2601
(212) 788-0952
(212) 788-0940 (Facsimile)
Aschlesi@law.nyc.gov

JAN 2 4 2008

So Ordered: *[signature]*
            HON. GEORGE B. DANIEL

cc: file

Page 3 of 3